AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

ℰ ISS. SPS(TC)

RECEIVED

NOV - 2 2009

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

| | |
|---|---|
| Tire Engineering and Distribution; Jordan Fishman | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.  09-CV-121? |
| Al Dobowi Ltd. | ) |
| Defendant | ) |

amended complaint

## Summons in a Civil Action

To: *(Defendant's name and address)*

Al Dobowi Ltd. - Surender Kandhari or other
authorized agent or officer
131 2nd Street, Mina Jebel Ali Freezone
Dubai, United Arab Emirates

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

David Killalea
Gilbert LLP
1100 New York Ave, NW, Suite 700
Washington, D.C. 20005

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

Name of clerk of court

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

Σ ISS. SPS (T·C·)

△ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

RECEIVED
NOV - 2 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

| | | |
|---|---|---|
| Tire Engineering and Distribution; Jordan Fishman | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  09-CV-1217 |
| Al Dobowi Group | ) | |
| Defendant | ) | |

Amended Complaint

## Summons in a Civil Action

To: *(Defendant's name and address)*

Al Dobowi Group - Surender Kandhari or other
authorized agent or officer
131 2nd Street, Mina Jebel Ali Freezone
Dubai, United Arab Emirates

A lawsuit has been filed against you.

Within  **20**  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David Killalea
Gilbert LLP
1100 New York Ave, NW, Suite 700
Washington, D.C. 20005

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

§ ISS. SPS (T.C.)

RECEIVED
NOV – 2 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

| Tire Engineering and Distribution; Jordan Fishman | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  09-CV-1217 |
| Al Dobowi Tyre Co. | ) | |
| Defendant | ) | |

## amended complaint
**Summons in a Civil Action**

To: *(Defendant's name and address)*

Al Dobowi Tyre Co. - Surender Kandhari or other
authorized agent or officer
131 2nd Street, Mina Jebel Ali Freezone
Dubai, United Arab Emirates

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David Killalea
Gilbert LLP
1100 New York Ave, NW, Suite 700
Washington, D.C. 20005

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*