**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| IN RE: OUTSIDEWALL TIRE LITIGATION | )<br>)<br>)<br>) | C.A. No. 1:09cv1217<br>C.A. No. 1:09cv1218<br><br>**C.A. No. 1:09cv1218 (TSE/IDD)** |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT
SHANDONG LINGLONG RUBBER CO., LTD
TO PRODUCE DOCUMENTS**

PLEASE TAKE NOTICE that on Friday, March 26, 2010, at 10:00 a.m., Plaintiffs Tire Engineering & Distribution, LLC and Jordan Fishman, by counsel, will move the Court to compel Defendant Shandong Linglong Rubber Company, Ltd. to produce documents in response to Plaintiffs' First Request for Production of Documents. The grounds supporting Plaintiffs' motion to compel are set forth in the accompanying Memorandum.

Dated: March 19, 2010

Respectfully submitted,

By: _____/s/_____
David B. Killalea
Virginia Bar. No. 29304
William E. Copley
Virginia Bar No. 43960
Attorneys for Plaintiffs
GILBERT LLP
1100 New York Avenue NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 772-2200
Facsimile: (202) 772-2282
killalead@gotofirm.com
copleyw@gotofirm.com

**CERTIFICATE OF SERVICE**

I, William E. Copley, certify that I have this day caused a true and accurate copy of the foregoing Plaintiffs' Memorandum in Support of their Motion to Compel Shandong Linglong Rubber Co., Ltd. to Produce Documents to be delivered to the following counsel for Defendants via electronic filing:

Shelby J. Kelley
BRACEWELL & GIULIANI LLP
2000 K Street, N.W., Suite 500
Washington, D.C. 20006
shelby.kelley@bgllp.com

Brandon H. Elledge
HOLLAND & KNIGHT LLP
1600 Tysons Blvd., Suite 700
McLean, VA  22102
brandon.elledge@hklaw.com

John H. Barr, Jr.
James W. Caldwell
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002
john.barr@bgllp.com
james.caldwell@bgllp.com

Francesca Morris
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY  10007
francesca.morris@hklaw.com

Dated:  March 19, 2010

           /s/
David B. Killalea
Virginia Bar. No. 29304
William E. Copley
Virginia Bar No. 43960
Attorneys for Plaintiffs
GILBERT LLP
1100 New York Avenue NW, Suite 700
Washington, D.C. 20005
Telephone:   (202) 772-2200
Facsimile:   (202) 772-2282
killalead@gotofirm.com
copleyw@gotofirm.com