IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| In re: OUTSIDEWALL TIRE LITIGATION ) ) ) ) | Civil Action No. 1:09-cv-01217<br>**1:09-cv-01218** (TSE/IDD) |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Defendant, Shandong Linglong Rubber Co. Ltd.'s Motion to Compel Production of Documents (Dkt. No. 48 in 1:09-cv-1218) is **DENIED** as moot; it is further

**ORDERED** that Plaintiffs' oral Motion for extension of time to submit expert disclosures is **GRANTED**; and it is further

**ORDERED** that the following deadlines for expert disclosures for all parties are adopted and supersede the deadlines set forth in this Court's Order from February 19, 2010 (Dkt. No. 41 in 1:09-cv-1217; Dkt. No. 36 in 1:09-cv-1218): Plaintiffs' expert disclosures shall be made on or before May 19, 2010; Defendants' expert disclosures shall be made on or before June 18, 2010; Plaintiffs waive their right to file rebuttal experts.

The Clerk is directed to forward copies of this Order to counsel of record.

ENTERED this 16th day of April, 2010.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia