IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



IN RE: OUTSIDEWALL TIRE LITIGATION )
)
)

Case No. 1:09cv1217
Case No. 1:09cv1218

## ORDER

The matter came before the Court on the motion of defendants TyreX International, Ltd. and TyreX International Rubber Co., Ltd. (together "Tyrex defendants") for dismissal due to lack of personal jurisdiction and due to improper service, and on defendants' motion for summary judgment.

For reasons stated from the bench, and for good cause,

It is hereby **ORDERED** that Tyrex defendants' motion to dismiss (Docket No. 107) is **DENIED**.

It is further **ORDERED** that the hearing on defendants' motion for summary judgment (Docket No. 118) is **CONTINUED** to 10:00 a.m., Friday, June 25, 2010.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
June 18, 2010

/s/
T. S. Ellis, III
United States District Judge