

FILED IN OPEN COURT
JUL 15 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE: OUTSIDEWALL TIRE           )    Civil Action
LITIGATION                        )    Number 1:09cv01217-TSE
                                  )

## VERDICT

Do you find that plaintiffs have proven jurisdiction in this court by a preponderance of the evidence?

| | | |
|---|---|---|
| ✓ Yes | ___ No | Al Dobowi Ltd. |
| ✓ Yes | ___ No | Al Dobowi Tyre Co. LLC |
| ✓ Yes | ___ No | TyreX International, Ltd. |
| ✓ Yes | ___ No | TyreX International Rubber Co., Ltd. |
| ✓ Yes | ___ No | Shandong Linglong Rubber Co., Ltd. |
| ✓ Yes | ___ No | Shandong Linglong Tire Co., LTD. |

We, the jury, find:

1. Copyright

✓   We find for the following plaintiffs against the following defendants:

| Plaintiffs | Defendants |
|---|---|
| ✓ Tire Engineering and Distribution, LLC | ✓ Al Dobowi Ltd. |
| ✓ Jordan Fishman | ✓ Al Dobowi Tyre Co. LLC |
| ✓ Bearcat Tire ARL, LLC | ✓ TyreX International, Ltd. |
| ✓ Bcatco A.R.L., Inc. | ✓ TyreX International Rubber Co., Ltd. |
| | ✓ Shandong Linglong Rubber Co., Ltd. |
| | ✓ Shandong Linglong Tire Co., LTD. |

OR,

____ We find in favor of all defendants against all plaintiffs.

2. **Registered Trademark**

✓ We find for the following plaintiffs against the following defendants:

| Plaintiffs | Defendants |
|---|---|
| ✓ Tire Engineering and Distribution, LLC | ✓ Al Dobowi Ltd. |
| ✓ Jordan Fishman | ✓ Al Dobowi Tyre Co. LLC |
| ✓ Bearcat Tire ARL, LLC | ✓ TyreX International, Ltd. |
| ✓ Bcatco A.R.L., Inc. | ✓ TyreX International Rubber Co., Ltd. |
|  | ✓ Shandong Linglong Rubber Co., Ltd. |
|  | ✓ Shandong Linglong Tire Co., LTD. |

OR,

____ We find in favor of all defendants against all plaintiffs.

3. **Unfair Competition and Deceptive Trade Practices**

✓ We find for the following plaintiffs against the following defendants:

| Plaintiffs | Defendants |
|---|---|
| ✓ Tire Engineering and Distribution, LLC | ✓ Al Dobowi Ltd. |
| ✓ Jordan Fishman | ✓ Al Dobowi Tyre Co. LLC |
| ✓ Bearcat Tire ARL, LLC | ✓ TyreX International, Ltd. |
| ✓ Bcatco A.R.L., Inc. | ✓ TyreX International Rubber Co., Ltd. |
|  | ✓ Shandong Linglong Rubber Co., Ltd. |

                            ✓ Shandong Linglong Tire Co., LTD.

OR,

\_\_\_\_ We find in favor of all defendants against all plaintiffs.

### 4. Conversion

✓ We find for the following plaintiffs against the following defendants:

| Plaintiffs | Defendants |
|---|---|
| ✓ Tire Engineering and Distribution, LLC | ✓ Al Dobowi Ltd. |
| ✓ Jordan Fishman | ✓ Al Dobowi Tyre Co. LLC |
| ✓ Bearcat Tire ARL, LLC | ✓ TyreX International, Ltd. |
| ✓ Bcatco A.R.L., Inc. | ✓ TyreX International Rubber Co., Ltd. |
| | ✓ Shandong Linglong Rubber Co., Ltd. |
| | ✓ Shandong Linglong Tire Co., LTD. |

OR,

\_\_\_\_ We find in favor of all defendants against all plaintiffs.

### 5. Civil Conspiracy

✓ We find for the following plaintiffs against the following defendants:

| Plaintiffs | Defendants |
|---|---|
| ✓ Tire Engineering and Distribution, LLC | ✓ Al Dobowi Ltd. |
| ✓ Jordan Fishman | ✓ Al Dobowi Tyre Co. LLC |
| ✓ Bearcat Tire ARL, LLC | ✓ TyreX International, Ltd. |
| ✓ Bcatco A.R.L., Inc. | ✓ TyreX International Rubber Co., Ltd. |
| | ✓ Shandong Linglong Rubber Co., Ltd. |

    ✓  **Shandong Linglong Tire Co., LTD.**

**OR,**

\_\_\_\_ **We find in favor of all defendants against all plaintiffs.**

**Damages**

If you found any of the Defendants infringed the Plaintiffs copyrights, registered trademarks, or unregistered trademarks, converted Plaintiffs' property, and/or engaged in a conspiracy to do those things that injured the Plaintiffs, you must determine the amount of damages that Plaintiffs are entitled to recover. On the following line, please state the total damages, if any, that you award to the Plaintiffs in this case.

**Total Damages: $ 26,000,000**

If all of the Defendants that you found liable also were engaged in a conspiracy, you do not need to do anything else with respect to compensatory damages, because the Defendants will be jointly liable for that total amount.

If you did not find that all of the Defendants that you found liable also were engaged in a conspiracy, you must specify, in dollars, the portion of the total damages identified above that each Defendant must pay to the plaintiffs.

| Defendants | Damages the Defendant Must Pay to the Plaintiffs |
|---|---|
| Al Dobowi Ltd. | |
| Al Dobowi Tyre Co. LLC | |
| TyreX International, Ltd. | |

| | |
|---|---|
| TyreX International Rubber Co., Ltd. | |
| Shandong Linglong Rubber Co., Ltd. | |
| Shandong Linglong Tire Co., LTD. | |

Date: 7/15/10

REDACTED

_____
(Printed name of Foreperson)