# United States District Court

EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| IN RE: OUTSIDEWALL TIRE LITIGATION | ) ) ) | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: 1:09cv1217-TSE |

[ X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Plaintiffs **Tire Engineering and Distribution, LLC, Jordan Fishman, Bearcat Tire ARL, LLC, Bcatco A.R.L., Inc.,** against the Defendants, **Al Dobowi Ltd., Al Dobowi Tyre Co. LLC, TyreX International, Ltd., TyreX International Rubber Co., Ltd., Shandong Linglong Rubber Co., Ltd., Shandong Linglong Tire Co., LTD.**

This Judgment is entered in accordance with the Jury Verdict dated July 15, 2010.

July 19, 2010
Date

Fernando Galindo
Clerk of Court

(By) Deputy Clerk