**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|   |   |   |
|---|---|---|
| IN RE: OUTSIDEWALL TIRE LITIGATION | ) ) ) ) ) | C.A. No. 1:09-cv-1217 (TSE/IDD) |

## NOTICE OF FORMER COUNSEL'S LIEN

Please take notice that the firm GILBERT LLP ("Gilbert"), former counsel to Plaintiffs in the above captioned case, holds a lien upon the causes of action asserted by Plaintiffs herein as security for the fees and expenses owed to Gilbert in connection with its services rendered in relation to the causes of action asserted herein. The liens held by Gilbert include, without limitation, liens granted pursuant to VA ST § 54.1-3932.

The lienholder, Gilbert, may be contacted at:

> Craig J. Litherland
> GILBERT LLP
> 1100 New York Avenue, NW
> Suite 700
> Washington, D.C. 20005

Dated: January 27, 2012

/s/
Barry I. Buchman
Virginia Bar No. 43886
Craig J. Litherland (admitted *pro hac vice*)
Aisha L. Williams (admitted *pro hac vice*)
GILBERT LLP
1100 New York Avenue NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
buchmanb@gotofirm.com

## **CERTIFICATE OF SERVICE**

I, Barry I. Buchman, certify that on January 27, 2012, I caused a true and accurate copy of the foregoing to be filed electronically with the Clerk of the Court and also to be served on the following counsel for the parties via the Court's CM/ECF system:

| | |
|---|---|
| Shelby J. Kelley<br>BRACEWELL & GIULIANI LLP<br>2000 K Street, N.W., Suite 500<br>Washington, D.C. 20006<br>shelby.kelley@bgllp.com | David R. Broderdorf (VSB No. 76538)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004<br>dbroderdorf@morganlewis.com |
| John H. Barr, Jr.<br>BRACEWELL & GIULIANI LLP<br>711 Louisiana Street, Suite 2300<br>Houston, Texas 77002<br>john.barr@bgllp.com | William E. Copley<br>WEISBROD, MATTEIS, & COPLEY PLLC<br>1900 M. Street, NW, Suite 850<br>Washington, DC 20036<br>wcopley@wmclaw.com |

Dated:  January 27, 2012 

               /s/               
Barry I. Buchman
Virginia Bar No. 43886
Craig J. Litherland (admitted *pro hac vice*)
Aisha L. Williams (admitted *pro hac vice*)
GILBERT LLP
1100 New York Avenue NW
Suite 700
Washington, D.C. 20005
Telephone:   (202) 772-2200
Facsimile:   (202) 772-3333
buchmanb@gotofirm.com