# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:09cv1217__, Case Name __IN RE: Outsidewall Tire Litigation__

Party Represented by Applicant: Shandong Linglong Rubber Co., Ltd.; Shandong Linglong Tire Co. Ltd.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

**PERSONAL STATEMENT**

FILED OCT 30 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

FULL NAME (no initials, please) __Stephen Printiss Murphy__
Bar Identification Number __244392__ State __District of Columbia__
Firm Name __Edwards Wildman Palmer LLP__
Firm Phone # __202.478.7370__ Direct Dial # __202.478.7376__ FAX # __888.325.9521__
E-Mail Address __SMurphy@edwardswildman.com__
Office Mailing Address __1255 23rd Street, NW - 8th Floor, Washington, D.C. 20037__

Name(s) of federal court(s) in which I have been admitted __U.S. District Court District of Columbia__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rule Evidence is current.

I am ____ am not __x__ a full-time employee of the United States of America, and if so, request exemption from the admission

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, a petition the court to admit the applicant *pro hac vice*.

(Signature) Ari Zev Moskowitz (Typed or Printed Name)
Date: 10/29/13
82447 (VA Bar Number)

Court Use Only:
Clerk's Fee Paid ____ or Exemption Granted __✓__

The motion for admission is GRANTED __✓__ or DENIED ____

/s/ T. S. Ellis, III
United States District Judge
(Judge's Signature)
Date: 10/30/13