**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

IN RE: OUTSIDEWALL TIRE LITIGATION     C.A. No. 1:09-cv-1217

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, November 22, 2013, at 10:00 a.m., Plaintiffs Tire Engineering & Distribution, LLC, Bearcat ARL LLC, Bcatco A.R.L., Inc. and Jordan Fishman, by Counsel, will appear before the Court and argue in favor of their Motion to seize and assign U.S. Patent No. D516,998 S, and the "Linglong" Trademark and associated goodwill.

Dated: November 6, 2013          Respectfully submitted,

                                       /s/
                              William E. Copley
                              Virginia Bar No. 43960
                              August J. Matteis, Jr. (admitted *pro hac vice*)
                              Attorneys for Plaintiffs
                              Weisbrod Matteis & Copley PLLC
                              2200 Pennsylvania Ave., NW, Suite 400
                              Washington, DC 20037
                              (202) 499-7900
                              (202) 478-1795 (fax)
                              wcopley@wmclaw.com

# CERTIFICATE OF SERVICE

I, William E. Copley, hereby certify that on this 6th day of November, 2013, I caused the foregoing document to filed using the Court's ECF system. Notice of these filings will be sent by operation of the Court's electronic filing system to counsel for Shandong Linglong Rubber Co., Ltd. and Shandong Linglong Tire Co., Ltd.:

        Ari Zev Moskowitz
        Edwards Wildman Palmer LLP
        1255 23rd Street, NW, Eighth Floor
        Washington, D.C. 20037

        /s/
        William E. Copley
        Virginia Bar No. 43960
        WEISBROD MATTEIS & COPLEY PLLC
        Attorneys for Plaintiffs-Judgment Creditors
        1900 M Street, N.W., Suite 850
        Washington, D.C. 20036
        Telephone: (202) 499-7901
        Facsimile: (202) 478-1795
        wcopley@wmclaw.com