**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| IN RE: OUTSIDEWALL TIRE LITIGATION | C.A. No. 1:09-cv-1217-TSE-IDD |

**MOTION TO DETERMINE VALUE OF GILBERT LLP'S**
**LIEN FOR ATTORNEY'S FEES AND COSTS**

Judgment Creditors Tire Engineering and Distribution L.L.C., Jordan Fishman, Bearcat

Tire A.R.L., and Bcatco A.R.L. ("Judgment Creditors") by and through the undersigned counsel,

respectfully request that this Court determine the value of Gilbert LLP's lien for attorney's fees

and costs in the above referenced matter.  The grounds for this motion are set forth in the

accompanying memorandum.

WHEREFORE, Judgment Creditors respectfully request that this Court grant its Motion

to Determine Value of Gilbert LLP's Lien for Attorney's Fees and Costs.  A proposed Order is

attached.

Respectfully submitted

Dated November 22, 2013

   /s/
William E. Copley
Virginia Bar No. 43960
August J. Matteis (admitted *pro hac vice*)
WEISBROD MATTEIS & COPLEY PLLC
Attorneys for Plaintiffs
1900 M Street, N.W., Suite 850
Washington, D.C.  20036
Telephone:    (202) 499-7901
Facsimile:    (202) 478-1795
wcopley@wmclaw.com

## **CERTIFICATE OF SERVICE**

I, William E. Copley, certify that on November 22, 2013, I caused a true and accurate

copy of the foregoing Motion to Determine Value of Gilbert LLP's Lien for Attorney's Fees and

Costs to be delivered to the following interested party, Gilbert LLP via electronic filing:

> Barry Ira Buchman
> GILBERT LLP
> 1100 New York Ave NW
> Suite 700
> Washington, DC 20005
> Email: buchmanb@gotofirm.com

In addition, I caused a true and accurate copy of the foregoing to be served by hand upon counsel

for Gilbert LLP at the following address:

> Allen Gardner
> LATHAM & WATKINS LLP
> 555 Eleventh Street NW, Suite 1000
> Washington, DC 20004

> _/s/_____
> William E. Copley
> Virginia Bar No. 43960
> WEISBROD MATTEIS & COPLEY PLLC
> Attorneys for Plaintiffs-Judgment Creditors
> 1900 M Street, N.W., Suite 850
> Washington, D.C.  20036
> Telephone:     (202) 499-7901
> Facsimile:      (202) 478-1795
> wcopley@wmclaw.com