IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: OUTSIDE WALL TIRE LITIGATION | Case No. 1:09-CV-1217-TSE-IDD |

**JUDGMENT CREDITORS' CONSENT MOTION
TO CONTINUE THE DECEMBER 13, 2013 HEARING**

Plaintiffs' Tire Engineering & Distribution, LLC, Bearcat ARL LLC, Bcatco A.R.L., Inc. and Jordan Fishman (collectively, "Judgment Creditors"), by and through their undersigned attorneys, hereby submit this Consent Motion to Continue the December 13, 2013 hearing regarding Judgment Creditors' Motion to Determine Value of Gilbert LLP's Lien for Attorney's Fees and Costs ("Motion to Determine Value of Lien") while the parties attempt to resolve this dispute outside of Court. The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, the Plaintiffs' respectfully request that this Court grant Judgment Creditors' Consent Motion to Continue the December 13, 2013 Hearing. A proposed Order is attached.

Dated: December 2, 2013

                                               Respectfully Submitted,

By:     /s/                
William E. Copley
Virginia Bar No. 43960
August J. Matteis (admitted *pro hac vice*)
WEISBROD MATTEIS & COPLEY PLLC
Attorneys for Plaintiffs
1900 M Street, N.W., Suite 850
Washington, D.C. 20036
Telephone: (202) 499-7901
Facsimile: (202) 478-1795
wcopley@wmclaw.com

**CERTIFICATE OF SERVICE**

I, William E. Copley, certify that on December 2, 2013, I caused a true and accurate copy of the foregoing Judgment Creditors' Consent Motion to Continue the December 13, 2013 Hearing to be filed electronically with the Clerk of the Court and also to be served on all parties on December 2, 2013 via the Court's CM/ECF system.  In addition, I caused a true and accurate copy of the foregoing to be served by electronic mail upon counsel for Gilbert LLP at the below address:

> Allen Gardner
> LATHAM & WATKINS LLP
> 555 Eleventh Street NW, Suite 1000
> Washington, DC 20004
> allen.gardner@lw.com

By: _____/s/_____
William E. Copley
Virginia Bar No. 43960
August J. Matteis (admitted pro hac vice)
WEISBROD MATTEIS & COPLEY PLLC
Attorneys for Plaintiffs
1900 M Street, N.W., Suite 850
Washington, D.C. 20036
Telephone: (202) 499-7901
Facsimile: (202) 478-1795
wcopley@wmclaw.com